**United States District Court**
For the Northern District of California

1

2

3

4

5            UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7

8    JOSE CABALLERO, *et al.*,                    No. C-13-3178 EMC

9            Plaintiffs,

10        v.

**ORDER TO STAY PROCEEDINGS**

11   THE BANK OF NEW YORK MELLON
     FKA THE BAN OF NEW YORK AS
12   SUCCESSOR TO JPMORGAN CHASE
     BANK N.A. AS TRUSTEE FOR HOLDERS
13   OF SAMI II TRUST 2006-AR7, *et al.*,

14        Defendant.
     _____/
15

16

17        On May 31, 2013, Plaintiffs Jose Caballero and Angelica Caballero, represented by attorney,

18   Linda Z. Voss, filed in San Mateo County Superior Court a complaint against Defendant, The Bank

19   of New York Mellon.  On July 10, 2013, Defendant removed this action to the Northern District.

20   Pending before the Court is Defendant's Motion to Dismiss  (Docket No. 10), filed July 17, 2013.

21   The hearing was set for September 26, 2013.  Plaintiffs did not file an opposition or statement of

22   non-opposition by the filing deadlines set forth in Local Rule 7-3.

23        It has come to the Court's attention that, on June 3, 2013, Counsel Voss was suspended from

24   practice in the Northern District for 30 months, pursuant to Local Rule 11-7(b)(1), (2).  *See In the*

25   *Matter of Linda Z. Voss*, 3:13-mc-80120-WHA, Docket Nos. 1, 3.  The suspension prohibits Counsel

26   from appearing in the Northern District on behalf of clients and from filing papers on their behalf.

27   Counsel Voss failed to provide the Court in this action with notice of her suspension.

28

1    The Court orders Counsel Voss as follows:

2    (1)    to notify Plaintiffs that she has been suspended from practice before the Court;

3    (2)    to notify Plaintiffs that Defendant has filed a Motion to Dismiss against them;

4    (3)    to serve on Plaintiffs a copy of Defendant's Motion to Dismiss and this Order;

5    (4)    to file with the Court, within seven days of the date of this Order, a declaration under

6           penalty of perjury that she has complied with (1), (2), and (3), including proof of

7           service for # (3); and

8    (5)    to submit to (and not file with) the Court all contact information for the Plaintiffs

9           including address, email address and telephone number(s).

10       The Court stays the instant motion until further order to determine whether Plaintiffs will be

11   allowed to file an opposition.  The hearing date of September 26, 2013 in the pending motion

12   (Docket No. 10) is **VACATED**.

13

14       IT IS SO ORDERED.

15

16   Dated:  September 3, 2013

17

18                                    _____
                                      EDWARD M. CHEN
                                      United States District Judge
19

20

21

22

23

24

25

26

27

28

2